UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE JAMES KERLEY,<br><br>Petitioner,<br><br>v.<br><br>RALPH DIAZ, Warden,<br><br>Respondent. | No. 2:19-cv-02458 JAM GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2020, the magistrate judge filed corrected findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 23. Petitioner has filed objections to the findings and recommendations. ECF No. 24.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 30, 2020, are adopted in full; and

2. The petition for writ of habeas corpus (ECF No. 1) is denied; and

3. The District Court issue a certificate of appealability as to Claim 1 (The Use of Abuse Propensity Evidence) and Claim 3 (The Consciousness of Guilt Instruction Violated Due Process Because There Was No Evidentiary Link of Evidence Manipulation by Petitioner).

DATED:  December 8, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE